# UNITED STATES BANKRUPTCY COURT
## California Northern District

In re   Leland Pinto
                Debtor

Case No. __

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 2 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date   3·18·10         Signature of Debtor   /s/ LELAND PINTO
                                              LELAND PINTO

George Holland/s/Henri
Norris/s/

Case: 10-43002    Doc# 5    Filed: 03/18/10    Entered: 03/18/10 23:59:37    Page 1 of 4

Leland Pinto
4509 Horseshoe Circle
Antioch, Ca 94531

George Holland/s/Henri Norris/s/

Auroa Loan Services
10350 Park Meadow Dr
Littleton, CO  80154

Bank of America
P.O. Box 5170
Simi Valley, Ca 93062

B203
12/94

# United States Bankruptcy Court
## California Northern District

In re Leland Pinto

Case No. _____

Chapter ___7___

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services I have agreed to accept ............................................... $ __0.00__

   Prior to the filing of this statement I have received ................................. $ __0.00__

   Balance Due ............................................................................................ $ __0.00__

2. The source of compensation paid to me was:

   ☐ Debtor      ☑ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____        _____
Date                                                   Signature of Attorney

                                                       _____
                                                       Name of law firm