```
Cost Center: 0002871000   015508-015484
Loc: CAR03      02/12/2010

Comcast Cable
2900 Technology
Richmond CA 94806

Fed. Marital Status: Married

Tax Authority        Exempt Addtl
Federal              02
```

## Earnings Statement

```
                    Page 001 of 001
Period Beginning:   01/24/2010
Period Ending:      02/06/2010
Advice Date:        02/12/2010
Payroll Advice #:   0120280079
Batch Number:       000000000045

LELAND S PINTO
4509 HORSESHOE CIR
ANTIOCH CA 94531
```

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 29.220 | 80.00 | 2337.60 | 6428.40 |
| DayShft | | 80.00 | | 0.00 |
| Floating Holiday | | | | 233.76 |
| Flex Day | | | | 116.88 |
| Holiday Pay | | | | 233.76 |
| Gross Pay | | | 2337.60 | |

**Deductions: Statutory**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Income Tax | 168.55- | 505.65- |
| Social Security | 134.21- | 402.62- |
| Medicare | 31.39- | 94.16- |
| California Income Tax | 41.15- | 123.45- |
| California Disability | 23.79- | 71.37- |

**Deductions Before Tax**

| | | |
|---|---|---|
| Medical | 153.24- | 459.72- |
| Dental | 19.34- | 58.02- |
| 401k pretax | 93.50- | 280.50- |
| Vision | 7.81- | 23.43- |

**Deductions After Tax**

| | | |
|---|---|---|
| 401K Loan | 62.77- | 188.31- |
| Child Life Insurance | 0.68- | 2.04- |
| Child AD&D Insurance | 0.14- | 0.42- |

| | This Period | Year-to-Date |
|---|---|---|
| **Gross to Net Summary** | | |
| Total Earnings | 2337.60 | 7012.80 |
| Total Taxes | 399.09- | 1197.25- |
| Total Deductions | 337.48- | 1012.44- |
| Net Pay | | |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| Basic LTD 40% | 5.52 | 16.56 |
| Taxable GTL | 1.89 | 5.67 |
| Total Imputed Inc | 7.41 | 22.23 |

Personnel Number 10012028

**Net Pay Distribution**

| | | |
|---|---|---|
| XXXX3018 | 300.00 | Savings |
| XXXXXX7301 | 1301.03 | Checking |

---

```
Comcast Cable                            Payroll Advice #: 0120280079
2900 Technology
Richmond CA 94806                        Advice Date:      02/12/2010
```

Deposited to the account of      Account Number              Amount
LELAND S PINTO            Savings   XXXX3018              300.00
                         Checking   XXXXXX7301           1301.03

**THIS IS NOT A CHECK**     **NON-NEGOTIABLE**

03-09-2004 11:24    JOCELYN NUBLAPINTO 925 779-1924                                                 PAGE:22

**W-2 Wage and Tax Statement 2008**
Copy C for employee's records

| Control number | Dept | Comp. | Employer use only |
|---|---|---|---|
| 5770060828 WVC | 000287 | | ,76 |

Employer's name, address, and ZIP code
COMCAST OF CA/CO/TX/WA, INC.
ONE COMCAST CENTER
47TH FLOOR
PHILADELPHIA, PA  19103-2838

Employee's name, address, and ZIP code
LELAND S PINTO
4509 HORSESHOE CIR
ANTIOCH, CA  94531

Employer's FED ID number: 27-...
Employee's SSN: ...-9780
Wages, other comp: 46370.63
Fed. tax withheld: 4571.10
Social security wages: 48398.39
Social security tax withheld: 3000.70
Medicare wages and tips: 48398.39
Medicare tax withheld: 701.78
Social security tips: 
Allocated tips:
Advance EIC payment:
10 Dependent care benefits:
Nonqualified plans:
12a  C  41.68
12b  D  2027.76
Other:  886.85 CASDI
State: CA  Employer's state ID no. 45122034
State wages, tips, etc: 46370.63
State income tax: 916.79
Local wages, tips, etc:
Local income tax:
Locality name:

detail. The reverse side includes information that will also be helpful.

Your Gross Pay was adjusted as follows to produce your W-2 Statement.

|  | Wages, Tips, Other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 |
|---|---|---|---|
| GROSS PAY | 50,694.40 | 50,694.40 | 50,694.40 |
| Med Pretax | -1,916.73 | -1,916.73 | -1,916.73 |
| Dental | -435.85 | -435.85 | -435.85 |
| Vision | -113.39 | -113.39 | -113.39 |
| GTL | 41.68 | 41.68 | 41.68 |
| LTDER | 128.28 | 128.28 | 128.28 |
| 401K | -2,027.76 | | |
| | | | |
| W-2 WAGES | 46,370.63 | 48,398.39 | 48,398.39 |

LELAND S PINTO
4509 HORSESHOE CIR
ANTIOCH, CA  94531

Social Security Number: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
Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State: 4

© 2007 ADP, INC.