**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OCH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Leland Pinto | Case No.: 10–43002 EDJ 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT
## CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:** May 5, 2010 | **TIME:** 01:30 PM |
|---|---|
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 ||

Dated: 4/27/10

By the Court:

Edward D. Jellen
United States Bankruptcy Judge