# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: twashingt | Date Created: 4/27/2010 |
| Case: 10–43002 | Form ID: OCH | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      Paul Mansdorf      mansdorftrustee@sbcglobal.net
aty      George Holland, Jr.      hlfirm@gmail.com
aty      Mark D. Estle      mdestle@estlelaw.com

                                                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Leland Pinto      Holland Law Firm      4509 Horseshoe Circle      Antioch, CA 94531
cr      Aurora Loan Services LLC      12520 High Bluff Drive      Suite 265      San Diego, CA 92130
smg      Labor Commissioner      1515 Clay St.      Room 801      Oakland, CA 94612
smg      State Board of Equalization      Collection Dept.      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280–0001
smg      CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812–2952
10775247      Aurora Loan Services      10350 Park Meadow Dr.      Littleton, CO 80154
10775248      Bank of America      PO Box 5170      Simi Valley, CA 93062

                                                                                                                 TOTAL: 8