**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OCH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Leland Pinto | Case No.: 10–43002 EDJ 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT
## CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:** May 5, 2010 | **TIME:** 01:30 PM |
|---|---|
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 | |

Dated: 4/27/10

By the Court:

Edward D. Jellen
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: twashingt           Page 1 of 1              Date Rcvd: Apr 27, 2010
Case: 10-43002                Form ID: OCH              Total Noticed: 8
```

The following entities were noticed by first class mail on Apr 29, 2010.
```
db           +Leland Pinto,   Holland Law Firm,   4509 Horseshoe Circle,   Antioch, CA 94531-8125
smg           CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA  94280-0001
smg           CA Franchise Tax Board,   Special Procedures Bankruptcy Unit,   P.O. Box 2952,
               Sacramento, CA  95812-2952
smg          +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg          +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
cr           +Aurora Loan Services LLC,   12520 High Bluff Drive,   Suite 265,   San Diego, CA 92130-3011
10775247     +Aurora Loan Services,   10350 Park Meadow Dr.,   Littleton, CO 80124-6800
10775248     +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2010**          Signature:   *Joseph Speetjens*