1  BARBARA A. MATTHEWS (SBN 185094)
   Assistant U.S. Trustee
2  Lynette C. Kelly (SBN 120799)
   Trial Attorney
3  UNITED STATES DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  1301 Clay Street, Suite 690N
   Oakland, California 94612-5217
5  Telephone: (510) 637-3200
   email: lynette.c.kelly@usdoj.gov
6
   Attorneys for Acting United States Trustee,
7  SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

LELAND PINTO,
        Debtor.

Case No. 10-43002
Chapter 7

Date:   June 24, 2010
Time:   3:30 p.m.
Room:   215

## MOTION BY UNITED STATES TRUSTEE
## FOR REVIEW OF FEES PURSUANT TO 11 U.S.C. §329

The United States Trustee requests that fees paid to George Holland, Jr., Debtor's attorney, be reviewed pursuant to Section 329(b) of title 11 of the U.S. Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"), and that any compensation received by the attorney in excess of the value of the services rendered be ordered disgorged to the Debtor.

The motion is made pursuant to 11 U.S.C. § 329, Fed. R. Bankr. P. 2017(a), and B.L.R. 9014-1(a) and (b), and is supported by the accompanying Memorandum of Points and Authorities,

//

//

//

//

//

the Request for Judicial Notice and the Declaration of Paul J. Mansdorf filed herewith.

Dated: May 21, 2010

                                                   BARBARA A. MATTHEWS
                                                  Assistant United States Trustee

                                  By:    _Lynette C. Kelly_
                                           Trial Attorney

                                                 Attorneys for the Acting U.S. Trustee,
                                                 Sara L. Kistler