```
 1  BARBARA A. MATTHEWS (SBN 185094)
    Assistant U.S. Trustee
 2  LYNETTE C. KELLY (SBN 120799)
    Trial Attorney
 3  UNITED STATES DEPARTMENT OF JUSTICE
    Office of the United States Trustee
 4  1301 Clay Street, Suite 690N
    Oakland, California 94612-5231
 5  Telephone: (510) 637-3200
    lynette.c.kelly@usdoj.gov
 6
    Attorneys for Acting United States Trustee,
 7  SARA L. KISTLER
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No: 10-43002 |
|---|---|---|
| | ) | Chapter 7 |
| LELAND PINTO, | ) | |
| | ) | Date: June 24, 2010 |
| | ) | Time: 3:30 pm. |
| | ) | Room: 215 |
| Debtor. | ) | |

## DECLARATION OF PAUL J. MANSDORF IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR REVIEW OF FEES UNDER 11 U.S.C. § 329

I, PAUL J. MANSDORF, declare:

1. I am the duly appointed chapter 7 trustee in this case. I have personal knowledge of the facts contained in this declaration, except as to those that I have learned, and as to those, I believe them to be true, and if called as a witness, could and would competently testify as to them.

2. The first meeting of creditors in this case was scheduled for April 21, 2010. Neither the debtor, Leland Pinto, nor his counsel of record, George Holland, Jr., appeared for the meeting of creditors. Neither the debtor nor Mr. Holland contacted me with respect to their non-appearance.

3. The meeting of creditors was continued to May 5, 2010. Again, neither the debtor nor Mr. Holland appeared for the meeting of creditors nor contacted me regarding their non-appearance.

4. Mr. Holland has not communicated with me at all with respect to this case.

Decl. of Paul Mansdorf in Support of U.S. Trustee's Motion
for Review of Fees under 11 U.S.C. § 329; Case No. 10-43002 J

1

Case: 10-43002   Doc# 30-2   Filed: 05/21/10   Entered: 05/21/10 14:16:27   Page 1 of 2

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th
2  day of May 2010 in Oakland, California.

By:  *Paul J. Mansdorf*
     Paul J. Mansdorf

Decl. of Paul Mansdorf in Support of U.S. Trustee's Motion
for Review of Fees under 11 U.S.C. § 329; Case No. 10-43002 J             2
Case: 10-43002   Doc# 30-2   Filed: 05/21/10   Entered: 05/21/10 14:16:27   Page 2 of 2