BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
Lynette C. Kelly (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231

Attorneys for Acting United States Trustee,
Region 17, SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

LELAND PINTO,
        Debtor.

Case No. 10-43002

Date: **June 24, 2010**
Time: **3:30 p.m.**
Room: **215**

## NOTICE OF MOTION AND HEARING ON MOTION BY UNITED STATES TRUSTEE FOR REVIEW OF FEES PURSUANT TO 11 U.S.C. §329

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that a hearing on the *Motion by United States Trustee for Review of Fees Pursuant to 11 U.S.C. §329* (the "Motion"), in the above-captioned case will take place on **June 24, 2010 at 3:30 p.m.** before the Honorable Edward D. Jellen in courtroom 215, 1300 Clay Street, Oakland, California 94612.

Under Bankruptcy Local Rule 9014(c)(1), a response, if any, shall be made in writing, served upon counsel for the Trustee and filed with the bankruptcy court at least 14 days prior to the hearing date. If no timely response is made, the Court may enter an order granting the motion by default.

Dated: May 21, 2010

                              BARBARA A. MATTHEWS
                              Assistant United States Trustee,

                By:    *Lynette C. Kelly*
                        Trial Attorney

                        Attorneys for the Acting U.S. Trustee,
                        Sara L. Kistler

Notice of Motion
Case No. 10-43002

1