Entered on Docket
July 06, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 04, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
Lynette C. Kelly (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231

Attorneys for Acting United States Trustee,
Region 17, SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

LELAND PINTO,
        Debtor.

Case No. 10-43002

Date:   June 24, 2010
Time:  3:30 p.m.
Room: 215

### ORDER FOR DISGORGEMENT OF FEES

Sara L. Kistler, the Acting United States Trustee ("U.S. Trustee"), having filed a Motion for Review of Fees Pursuant to 11 U.S.C. §329, and no opposition having been filed, and the Court having held a hearing at the above referenced date and time, and Henri Norris having appeared on behalf of George Holland, Jr., and Lynette C. Kelly having appeared on behalf of the U.S. Trustee, and Henri Norris having stated on the record that the Debtor paid Mr. Holland $1,500 in fees in this case, and the Court having concluded that the fees should be refunded, and for the reasons stated on the record, and good cause appearing therefor, it is hereby

ORDERED, that Mr. Holland must file and serve, by June 30, 2010, a declaration under penalty of perjury as to the amount he received from the Debtor;

ORDERED, that Mr. Holland shall refund to the Debtor the $1,500 he received from the Debtor in this case, by sending the payment, by July 2, 2010, to:

    The Office of the U.S. Trustee
    1301 Clay Street, Suite 690N
    Oakland, CA 94612
    Attn Lynette C. Kelly

ORDER
Case No. 10-43002

ORDERED, that Mr. Holland may file, and the Court will consider, a motion for extension of time for payment for reasons of financial hardship.

*******************END OF ORDER********************

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Office of the U.S. Trustee |
| 3 | 1301 Clay Street, Suite 690N<br>Oakland, CA 94612 |
| 4 | George Holland, Jr. |
| 5 | Law Office of George Holland Jr.<br>1970 Broadway St. #1030 |
| 6 | Oakland, CA 94612 |
| 7 | |
| 8 | Paul Mansdorf<br>1563 Solano Ave. #703<br>Berkeley, CA 94707 |
| 9 | |
| 10 | Leland Pinto<br>Holland Law Firm |
| 11 | 4509 Horseshoe Circle<br>Antioch, CA 94531 |

ORDER
Case No. 10-43002